United States District Court for the __EASTERN__
District of __TENNESSEE__

Robert L. Bushnell, Individually and
d/b/a Quality Collision and Towing

                                 Plaintiff,

vs.                                   CASE NO. __4:08-CV-81__
                                         Judge Mattice

Bedford County, Tennessee, a political subdivision of the
State of Tennessee; City of Shelbyville, a political subdivision
of the State of Tennessee; Shelbyville Police Department; and
Ray Brown, Individually, and d/b/a Ray's Paint and Body Shop;
and d/b/a Beeches Body Shop
                                Defendant.

# NOTICE OF APPEAL

Notice is hereby given that __Robert L. Bushnell, Individually__, hereby appeal
and __d/b/a Quality Collision__ (here name all parties taking the appeal)
__Towing, Plaintiff__
to the United States Court of Appeals for the Sixth Circuit from __Order of Dismissal of Defendants Ray Brown, Individually, and d/b/a Ray's Paint and Body Shop__ (the final judgment) (from an order (describing it)) entered in this action on the __22nd__ day of __March__, __2010__.

(s) __[signature] Wm. Kennerly Burger, BPR #3731__
Address: __Burger, Scott & McFarlin__
__12 Public Square North__
__Murfreesboro, TN 37130__

Attorney for __Plaintiff__

cc: Opposing Counsel _x_
    Court of Appeals ___

6CA-3
1/99