IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| ROBERT L. BUSHNELL, Individually and d/b/a QUALITY COLLISION AND TOWING, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 4:08-CV-81 Honorable Harry S. Mattice, Jr. |
| BEDFORD COUNTY, TENNESSEE, a Political Subdivision of the State of Tennessee; CITY OF SHELBYVILLE, a Municipality and Political Subdivision of the State of Tennessee; SHELBYVILLE POLICE DEPARTMENT; RAY BROWN, Individually; and BEECHES BODY SHOP (a/k/a RAY'S PAINT AND BODY), | ) ) ) ) ) ) ) ) ) ) | Jury Demand |
| Defendants. | ) | |

**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff has provided notice of his intention to voluntarily dismiss, without prejudice, the claims as to Defendants Bedford County, Tennessee; City of Shelbyville; and the Shelbyville Police Department. The parties herewith stipulate that the Defendants have no objection to the dismissal without prejudice, and that an order to that effect may be entered.

Respectfully submitted,

**BURGER, SCOTT & McFARLIN**

/s/Wm. Kennerly Burger
**Wm. Kennerly Burger, BPR #3731**
Attorney for Plaintiffs
12 Public Square North
Murfreesboro, TN 37130
Telephone: (615) 893-8933
Facsimile: (615) 893-5333

WILLIAMS & SCHWALB, PLLC

/s/John D. Schwalb
**John D. Schwalb, BPR #011671**
Attorney for Defendant Bedford County,
    Tennessee
108 Fourth Avenue South, Suite 207
Franklin, TN 37064
Telephone: (615) 794-7100
Facsimile: (615) 794-6333


**FARRAR & BATES, LLP**


/s/Heather C. Stewart
**Heather C. Stewart, BPR #23914**
Attorney for Defendants City of Shelbyville
    and Shelbyville Police Department
211 Seventh Avenue North, Suite 500
Nashville, TN 37219
Telephone: (615) 254-3060
Facsimile: (615) 254-9835


## CERTIFICATE OF SERVICE

    I hereby certify that a true and exact copy of the foregoing has been forwarded, via electronic filing, to the following: Mr. R. Clay Parker, P.O. Box 408, Shelbyville, TN 37162, on this the 4th day of May, 2010.

        /s/Wm. Kennerly Burger
        Wm. Kennerly Burger


cc:    Mr. Robert L. Bushnell

G:\KENBURGER\CLIENTS\BUSHNELL, Robert\Stip-DismissWOPrejudice.04-22-10.wpd