UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| ROBERT L. BUSHNELL, Individually and d/b/a QUALITY COLLISION AND TOWING<br>    *Plaintiff,*<br><br>v.<br><br>BEDFORD COUNTY, TENNESSEE, a political subdivision of the State of Tennessee; CITY OF SHELBYVILLE, a a political subdivision of the State of Tennessee; SHELBYVILLE POLICE DEPARTMENT; RAY BROWN, Individually, and d/b/a RAY'S PAINT AND BODY SHOP; & BEECHES BODY SHOP,<br>    *Defendants.* | No. 4:08-cv-81<br><br>Judge Mattice |

## JUDGMENT

This case came before the Court on Defendant Ray Brown's Motion for Summary Judgment [Court Doc. 19]. The rest of the parties having stipulated to dismissal of the action, and the Honorable Harry S. Mattice, Jr., United States District Judge, having rendered a decision on the motion,

    It is **ORDERED and ADJUDGED**

        that Plaintiff Robert Bushnell take nothing, and that the action be **DISMISSED WITH PREJUDICE**.

        Dated at *Chattanooga, Tennessee*, this 10th day of May, 2010.

                                      */s/ Patricia L. McNutt*
                                      PATRICIA L. McNUTT
                                      CLERK OF COURT